THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS MOLINA, Also Known as LUIS RIVERA, Appellant. [639 NYS2d 739]

The record is insufficient to determine whether the defendant's written waiver of the right to appeal was knowingly, intelligently, and voluntarily executed *(see, People v Callahan,* 80 NY2d 273, 283). Nevertheless, we have examined the defendant's contention that the sentences were excessive, and find it to be without merit *(see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Rosenblatt, Copertino, Hart and Florio, JJ., concur.